No. D–1395. IN RE DISBARMENT OF MORINGIELLO. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]

No. D–1397. IN RE DISBARMENT OF CLOUTIER. Disbarment entered. [For earlier order herein, see 511 U. S. 1125.]

No. D–1398. IN RE DISBARMENT OF SLOAN. Disbarment entered. [For earlier order herein, see 511 U. S. 1139.]

No. D–1402. IN RE DISBARMENT OF GRIFFIN. James H. Griffin, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 6, 1994 [511 U. S. 1140], is hereby discharged.

No. D–1417. IN RE DISBARMENT OF ASBELL. It is ordered that Samuel Asbell, of Camden, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1418. IN RE DISBARMENT OF GRIFFITH. It is ordered that John B. Griffith, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1419. IN RE DISBARMENT OF LASHLEY. It is ordered that Douglas L. Lashley, of Olney, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1420. IN RE DISBARMENT OF BERNSTEIN. It is ordered that Harry J. Bernstein, of Belmore, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1421. IN RE DISBARMENT OF SLAN. It is ordered that Allan G. Slan, of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.